UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 08 CA 10458 GAO

|  |  |
|---|---|
| METROPCS MASSACHUSETTS, LLC,<br>                                         Plaintiff,<br>v.<br>BOARD OF APPEALS of the CITY OF HAVERHILL and Maurice McGuire, Chairman, William Smith, Robert Pistone, Sr., Leonard Douglas, Vincent Kissel, George Moriarty, and Albert Rizzotti, as they are the members and associate members of the Board of Appeals,<br>                                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This case having come before the Court on the parties' Agreement for Judgment ("Agreement for Judgment"), it is hereby ordered, adjudged and declared as follows:

### A. Counts I and IV

Pursuant to the Agreement for Judgment submitted by the parties, Judgment hereby enters for the Plaintiff on Counts I and IV of the Complaint as follows:

1. The Decision of the Board of Appeals of the City of Haverhill ("Board") shall be and hereby is reversed to the extent it denied the special permit sought by MetroPCS Massachusetts, LLC ("MetroPCS") for a wireless communications facility (the "Facility") on and next to an existing telecommunications tower at 41 Powder House Avenue, Haverhill, MA ("Site").

2. The Decision of the Board of Appeals of the City of Haverhill ("Board") shall be and hereby is amended and modified to grant said special permit approving all necessary zoning relief for the proposed Facility (the "Special Permit") in accordance with the

following plans prepared by Hudson Design Group LLC dated November 5, 2007, entitled "Site Number BOS0214A, 41 Powder House Ave." (the "Plans"):

| SHEET | DESCRIPTION | REVISION |
|---|---|---|
| T-1 | Title Sheet | 0 |
| GN-1 | General Notes | 0 |
| A-1 | Compound & Elevation Plan | 0 |
| A-2 | Details | 0 |
| G-1 | Grounding, One-Line Diagram & Details | 0 |

3. Said Special Permit shall be subject only to the following conditions:

   i. The Facility will be installed on and next to the existing tower at the Site, substantially as shown on the Plans submitted by MetroPCS to the Board and approved by the Judgment and any necessary construction drawings to implement the same; provided however that MetroPCS may modify the Plans as may be necessary to conform to any requirements imposed by applicable state or federal law including the State Building Code.

   ii. The existing height of the tower as shown on the Plans shall not be increased by virtue of this installation.

   iii. MetroPCS must obtain a building permit prior to installing the Facility and, before receiving the permit, shall submit a certification by a structural engineer that the wireless service facility is structurally sound for the proposed facility pursuant to Haverhill Zoning Code § 255-106.F(2). No other approvals or permits are required or necessary from the City of Haverhill for the Facility.

**B.   Other Counts**

As a result of the stipulation and agreement of the parties, Counts II, III and V of the Complaint shall be dismissed without prejudice and without costs. Nothing in the Special Permit for the Site shall operate to impair or defeat any right claimed in Counts II, III and V, inclusive.

**C.   General Provisions**

As a result of the stipulation and agreement of the parties, this Court finds that (1) there is no just cause for delay in the immediate entry of said Judgment and the immediate issuance of

said zoning relief by this Judgment alone, and with no other actions, meetings, hearings or decisions being necessary, (2) nothing in this Judgment shall obviate the need for a building permit Facility, which shall be issued within 30 days after submission of a complete application, (3) no work on the Facility at the Site shall begin prior to the issuance of a building permit, and (4) the parties have waived all rights of appeal from this Judgment submitted and each party shall bear its own costs, fees and expenses.

All references to MetroPCS, the Board, and the City shall include their respective successors and assigns.

By the Court:

_____
George A. O'Toole,
United States District Judge

6/19/08